# Exhibit 2

| US11706326B2 | Pine Store: PinePhone Pro ("The accused product") |
|---|---|
| 11. A case comprising: a plurality of actuatable elements, each configured to move between a first and a second position; and multiple blocking elements coupled to the plurality of actuatable elements,<br><br>**Col 5: lines 3-7**<br><br>*The case includes a housing configured to physically protect the handheld device, movable elements configured to move to different positions and blocking elements coupled to the movable elements.* | The accused product discloses a case (e.g., case of the accused product) that comprises a plurality of actuatable elements (e.g., multiple privacy hardware switches, etc.), each configured to move between a first and a second position (e.g., switches configured to move between OFF and ON position) and multiple blocking elements coupled to the plurality of actuatable elements (e.g., multiple blocking portions of privacy hardware switches).<br><br>As shown below, the accused product is a smartphone that includes a back case that comprises multiple privacy hardware switches, such as switches for the modem, Wi-Fi/Bluetooth, microphone, cameras, headphones, etc. Each switch is configured to move between an ON/OFF position and includes multiple blocking portions to perform blocking function when in OFF position. |



https://pine64.org/devices/pinephone_pro/



https://www.ebay.com/itm/198095794726

# PinePhone Pro

The **PinePhone Pro** is PINE64's flagship smartphone announced on October 15, 2021. It features 4GB of RAM, an 128GB eMMC and is using an Rockchip RK3399S SoC, which is a specialized version of the RK3399 made specifically for the PinePhone Pro.



https://pine64.org/documentation/PinePhone_Pro/

Can I use the PinePhone keyboard and other add-on back cases with the PinePhone Pro?

Yes, we designed the midframe and pogo pin layout of the PinePhone Pro to be compatible with the original PinePhone. You can expect all PinePhone accessories, bar the original PinePhone's soft and hard protective covers, to work with the PinePhone Pro. Future accessories will strive to be compatible with both smartphones.

https://pine64.org/devices/pinephone_pro/

Just as the original PinePhone, the PinePhone Pro is built to be user repairable and we will offer spare parts in the Pine Store. The store's selection will include all parts that frequently break if the device is dropped (the screen, back case and mid section) as well as all electronic components, including the mainboard.

https://pine64.org/devices/pinephone_pro/



https://pine64.org/devices/pinephone_pro/

https://pine64.org/devices/pinephone_pro/



*Picture of the privacy switches*

https://pine64.org/documentation/PinePhone_Pro/Privacy_switches/

The PinePhone features six switches that can be used to configure its hardware. They are numbered 1-6, with switch 1 located nearest to the modem. Their "on" position is toward the top of the phone.

| Number | Name | Description |
|---|---|---|
| 1 | Modem | "On" enables 2G/3G/4G communication and GNSS hardware, "off" disables it. |
| 2 | WiFi / Bluetooth | "On" enables WiFi and Bluetooth communication hardware, "off" disables it. |
| 3 | Microphone | "On" enables audio input from on-board microphones (not 3.5 mm jack), "off" disables it. |
| 4 | Rear camera | "On" enables the rear camera, "off" disables it. |
| 5 | Front camera | "On" enables the front camera, "off" disables it. |
| 6 | Headphone | "On" enables audio input and output via the 3.5 mm audio jack, "off" switches the jack to hardware UART[1] mode. |

https://pine64.org/documentation/PinePhone_Pro/Privacy_switches/

| | |
|---|---|
| wherein propagation of a first protocol of wireless signal at a first corresponding antenna is allowed when a first actuatable element of the plurality of | The accused product discloses wherein propagation of a first protocol (e.g., 2G/3G/4G protocol) of wireless signal (e.g., 2G/3G/4G, GNSS signal, etc.) at a first corresponding antenna (e.g., Cellular antenna, GNSS antenna, etc.) is allowed when a first actuatable element (e.g., privacy switch such as modem switch, etc.) of the plurality of actuatable elements (e.g., multiple privacy hardware switches, etc.) is configured in a second state (e.g., ON position). |

| | |
|---|---|
| actuatable elements is configured in a second state, and | As shown below, the accused product is a smartphone that includes multiple privacy hardware switches, such as switches for the modem, Wi-Fi/Bluetooth, microphone, cameras, headphones, etc. Each switch is configured to move between an ON position and an OFF position. When a privacy hardware switch, such as the modem switch, is set to the ON position (i.e., a second state), the accused product allows the propagation of 2G, 3G, and 4G cellular wireless network signals, as well as GNSS signals, via the cellular antenna, GNSS antenna, etc., of the accused product. Thereby, the accused product enables 2G/3G/4G cellular communication and GNSS functionality. |

| | |
|---|---|
| Modem & GPS | Quectel EG25-G – global GSM and CDMA bands<br>GPS, GPS-A, GLONASS |
| WiFi & Bluetooth | AMPAK AP6255 WiFi 11ac + Bluetooth V4.1 |

https://pine64.org/devices/pinephone_pro/



https://pine64.org/documentation/PinePhone_Pro/Privacy_switches/

https://pine64.org/devices/pinephone_pro/

The PinePhone features six switches that can be used to configure its hardware. They are numbered 1-6, with switch 1 located nearest to the modem. Their "on" position is toward the top of the phone.

| Number | Name | Description |
|---|---|---|
| 1 | Modem | "On" enables 2G/3G/4G communication and GNSS hardware, "off" disables it. |
| 2 | WiFi / Bluetooth | "On" enables WiFi and Bluetooth communication hardware, "off" disables it. |
| 3 | Microphone | "On" enables audio input from on-board microphones (not 3.5 mm jack), "off" disables it. |
| 4 | Rear camera | "On" enables the rear camera, "off" disables it. |
| 5 | Front camera | "On" enables the front camera, "off" disables it. |
| 6 | Headphone | "On" enables audio input and output via the 3.5 mm audio jack, "off" switches the jack to hardware UART[1] mode. |

https://pine64.org/documentation/PinePhone_Pro/Privacy_switches/

| | |
|---|---|
| wherein propagation of a second protocol of wireless signal at a second corresponding antenna is allowed when a second actuatable element of | The accused product discloses wherein propagation of a second protocol (e.g., Wi-Fi / Bluetooth protocol, etc.) of wireless signal (e.g., Wi-Fi/ Bluetooth signal, etc.) at a second corresponding antenna (e.g., Wi-Fi/ Bluetooth antenna, etc.) is allowed when a second actuatable element (e.g., privacy switch such as Wi-Fi/Bluetooth, etc.) of the plurality of actuatable elements (e.g., multiple privacy hardware switches, etc.) is configured in a second state (e.g., ON position). |

| | |
|---|---|
| the plurality of actuatable elements is configured in a second state. | As shown below, the accused product is a smartphone that includes multiple privacy hardware switches, such as switches for the modem, Wi-Fi/Bluetooth, microphone, cameras, headphones, etc. Each switch is configured to move between an ON position and an OFF position. When a privacy hardware switch, such as the Wi-Fi/ Bluetooth switch, is set to the ON position (i.e., a second state), the accused product allows the propagation of Wi-Fi/ Bluetooth signal, via the Wi-Fi antenna, Bluetooth antenna, etc., of the accused product. Thereby, the accused product enables Wi-Fi and Bluetooth communication. <br><br> Modem & GPS — Quectel EG25-G – global GSM and CDMA bands, GPS, GPS-A, GLONASS <br><br> WiFi & Bluetooth — AMPAK AP6255 WiFi 11ac + Bluetooth V4.1 <br><br> https://pine64.org/devices/pinephone_pro/ |



https://pine64.org/documentation/PinePhone_Pro/Privacy_switches/

https://pine64.org/devices/pinephone_pro/

The PinePhone features six switches that can be used to configure its hardware. They are numbered 1-6, with switch 1 located nearest to the modem. Their "on" position is toward the top of the phone.

| Number | Name | Description |
| --- | --- | --- |
| 1 | Modem | "On" enables 2G/3G/4G communication and GNSS hardware, "off" disables it. |
| 2 | WiFi / Bluetooth | "On" enables WiFi and Bluetooth communication hardware, "off" disables it. |
| 3 | Microphone | "On" enables audio input from on-board microphones (not 3.5 mm jack), "off" disables it. |
| 4 | Rear camera | "On" enables the rear camera, "off" disables it. |
| 5 | Front camera | "On" enables the front camera, "off" disables it. |
| 6 | Headphone | "On" enables audio input and output via the 3.5 mm audio jack, "off" switches the jack to hardware UART[1] mode. |

https://pine64.org/documentation/PinePhone_Pro/Privacy_switches/